# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN ISLEY, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 16-1462 |
| : | |
| AKER PHILALDELPHIA SHIPYARD, INC., : | |
| Defendant. : | |

## ORDER

This 17th day of August, 2017, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and judgment is entered for the Defendant.

                                                /s/ Gerald Austin McHugh
                                                United States District Judge